

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00542-CV

**IN RE** Nathan E. **CARRILLO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Sandee Bryan Marion, Chief Justice
                 Rebeca C. Martinez, Justice
                 Patricia O. Alvarez, Justice

Delivered and Filed:  August 22, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On August 2, 2018, relator filed a petition for writ of mandamus. The next day, relator filed a motion to stay the trial court proceedings. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion to stay is also DENIED.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-06011, styled *Claudia J. Carrillo v. Nathan E. Carrillo*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb, III presiding.